AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Meseret Aberu | ) | |
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No.  DKC 2 6 CV 0 0 2 4 6 |
| | ) | |
| Ambaw Solomon | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ambaw Solomon (aka Hope Music Ethiopia)
ratsukatu 1597
92150 Raahe, Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Meseret Aberu Belete
20 Ritchie Ave   20910
Silver Spring

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ January 30, 2026 _____          _____
                                            *Signature of Clerk or Deputy Clerk*