UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESERET ABERU,<br><br>       Plaintiff,<br><br>       v.<br><br>AMBAW SOLOMON,<br><br>       Defendant. | Case No.  26-cv-03160-AGT<br><br>**ORDER RE: OUTSTANDING MOTIONS**<br><br>Re: Dkt. Nos. 5, 8 |

In January 2026, Plaintiff initiated this civil action *pro persona* in the United States District Court, District of Maryland, alleging copyright infringement. She alleges she is the owner of an original musical work that Defendant published on YouTube without authorization. Dkt. 1, Compl. ¶¶ 3–4. On April 9, 2026, the presiding judge in the District of Maryland transferred the case to the Northern District of California. Dkt. 12.

Before the transfer, Plaintiff had filed a motion for a preliminary injunction and a motion for alternative service of process. Dkts. 5, 8. The presiding judge in Maryland didn't resolve those motions before transferring the case; but perhaps due to a CM/ECF error, the motions weren't marked as pending upon transfer, so the Court was unaware of them until

recently when it began preparing for a July 17, 2026, case management conference.

If Plaintiff still seeks the relief she previously requested in her motions, she must re-notice her motions by July 27, 2026. If she still intends to pursue both motions, she should re-notice each motion separately. Because Plaintiff has yet to serve Defendant with process, the upcoming case management conference is rescheduled to October 9, 2026.

**IT IS SO ORDERED.**

Dated: July 13, 2026

Alex G. Tse
United States Magistrate Judge